



**FILED**

OCT **0 5** 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1 LAWRENCE G. BROWN
  United States Attorney
2 KEVIN P. ROONEY
  Assistant U.S. Attorney
3 4401 Federal Building
  2500 Tulare Street
4 Fresno, California 93721
  Telephone: (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIF

10                                    )   Case No.: 1:09   DLB
   United States                      )   1:0 9 MJ   0 0 2 5 1    DLB
11                                    )
        v. :                          )
12 German Arias-Diaz                   )   SEALING ORDER
                                       )
13                                    )
                                       )
14                                    )
                                       )
15                                    )   **UNDER SEAL**

16 _____

17

18        The United States having applied to this Court for an order permitting it to file the documents

19 in this case, including but not limited to the Complaint, affidavit in support,  reports under seal, and

20 good cause appearing therefore,

21        IT IS ORDERED, that the above-referenced documents shall be filed with this Court under

22
23 seal and not be disclosed pending further order of this court.

24 DATED: October 5 , 2009
                                       _____
25                                     Honorable Dennis L. Beck
                                       United States Magistrate Judge
26

27

28

                                       1