LAWRENCE G. BROWN
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
OCT 0 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   CASE NO. 1:09-CR-397-DLB  1:09mj251 DLB
                                         )
              Plaintiff,                 )
                                         )   MOTION TO UNSEAL COMPLAINT;
        v.                               )   [PROPOSED] ORDER
                                         )
GERMAN ARIAS-DIAZ,                       )
                                         )
              Defendants                 )
_____)

The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kevin P. Rooney, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: October 6, 2009

_____
KEVIN P. ROONEY
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: October 6, 2009

_____
DENNIS L. BECK
United States Magistrate Judge

1